UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS VILLALBA RAMIREZ,

    Petitioner,

  v.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

No. C 15-4969 NC (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges convictions he suffered in the Tulare County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall terminate all pending motions and transfer this matter forthwith.

IT IS SO ORDERED.

DATED: November 24, 2015

NATHANAEL M. COUSINS
United States Magistrate Judge